Ramona N. Hunter, WSBA #31482
Lewis Brisbois Bisgaard & Smith, LLP.
1420 Fifth Avenue, Suite 2050
Seattle, WA 98101
Tel: (206) 436-2020
Ramona.Hunter@lewisbrisbois.com

IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| ELAINE MARIE BARNESS; JAMES BATES, Personal Representative of the ESTATE OF ROBERT M. BARNESS, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>WHATCOM COUNTY, a political subdivision of the State of Washington; BILL ELFO, in his personal capacity; WENDY JONES, in her personal capacity; SALLY ANDREWS, in her personal capacity; COMPASS HEALTH, a Washington corporation; HEIDI ZOSEL, in her personal capacity; and JOHN DOES 1–10, in their personal capacities,<br><br>Defendants. | No. 2:26-CV-02987-TL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT COMPASS HEALTH ONLY PURSUANT TO FED. R. CIV. P. 41(A) |

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims and causes of action asserted against Defendant Compass Health, a Washington corporation, are Dismissed with prejudice as a matter of law, with each side bearing its own costs and attorneys' fees.

Plaintiffs' claims against all other Defendants remain unaffected by this Order.

DATED this 14th day of October, 2026.

Honorable Tana Lin

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Ramona N. Hunter*
Ramona N. Hunter, WSBA #31482
*Attorney for Defendant Compass Health*

GORDON THOMAS HONEYWELL LLP

By: */s/ Ryan D. Dreveskracht*
Ryan D. Dreveskracht, WSBA #42593
Galanda Broadman, PLLC
Attorney for Plaintiffs
P.O. Box 15146
Seattle, WA 98115
*Attorney for Plaintiff*

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Danielle M. Rogowski*
Ann E. Trivett, WSBA 39228
Danielle M. Rogowski, WSBA #51548
Keating, Bucklin, & McCormack, Inc., P.S.
1201 Third Avenue, Suite 1580
Seattle, WA 98101
Attorneys for Defendants Whatcom County, Bill Elfo, and Wendy Jones



LEWIS BRISBOIS BISGAARD & SMITH LLP
1420 Fifth Avenue, Suite 2050
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax